Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

*E-FILED 6/18/07*

Attorney for
Chun Yuet Yeung

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Chun Yuet Yeung,**<br><br>          Plaintiff,<br><br>     v.<br><br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**Christina Poulos**, Director of the California Service Center, United States Citizenship and Immigration Services;<br>**Robert S. Mueller III**, Director of the Federal Bureau of Investigation,<br><br>          Defendants | Case No. C 06-07916 RS<br><br>**STIPULATION TO EXTEND PLAINTIFF'S RESPONSE TO DEFENDANTS' ANSWER TO THE COURT'S ORDER TO SHOW CAUSE** AND ORDER THEREON |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of the due date for Plaintiff's response to the Defendants' answer to the Court's January 3, 2007 Order to Show Cause for the following reasons:

   1. The plaintiff, through her attorney, Stanley Chao, filed a mandamus action on

Case No. C 06-07916 RS                                       1
Stipulation to Extend Plaintiff's Response

1     December 27, 2006.

2. This Court issued an Order to Show Cause ("OSC") on January 3, 2007, directing Defendants to show cause within sixty days after receiving service of the complaint. Plaintiff was permitted to file a response to Defendants' OSC answer within twenty days after receipt of the answer.

3. The plaintiff served the United States Attorney's Office on January 9, 2007.

4. Defendants filed their OSC answer on March 6, 2007.

5. Counsel for Plaintiff did not file an answer within the specified time and withdrew as counsel on June 4, 2007.

6. Plaintiff retained new counsel, and a Notice of Appearance was filed on June 7, 2007.

7. In order to allow sufficient time for Plaintiff's counsel to respond to Defendants' OSC answer, the parties hereby respectfully request this Court to extend Plaintiff's response date as follows:

    Last day for Plaintiff to file a response to Defendants' OSC answer:    July 5, 2007

Dated: June 14, 2007                                                     /s/

                                                                         Justin G. Fok
Attorney for Plaintiff

Dated: June 14, 2007                                                        /s/

Edward Olsen
Assistant United States Attorney
Attorney for Defendants

///

///

///

Case No. C 06-07916 RS               2
Stipulation to Extend Plaintiff's Response

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Date: June 18, 2007

_____
Richard Seeborg
United States Magistrate Judge