*E-FILED 7/23/07*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHUN YUET YEUNG,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>  Defendants. | Case Number C 06-07916 RS<br><br>ORDER |

On January 3, 2007, the Court entered an order to show cause why plaintiff Chun Yuet Yeung, should not be granted the relief she requested. Defendants' response asserts the Court lacks subject matter jurisdiction over this matter and requests dismissal, albeit not in a formal motion to dismiss. Defendants' jurisdictional arguments appear to have been rejected by every court in this district that has considered them, and this Court sees no basis to deviate from the considered analysis in those decisions. See, *Qui v. Chertoff*, 2007 WL 1831130, *2 n.3 (N.D. Cal. June 25, 2007) (collecting cases from not less than ten judges in this district finding jurisdiction exists on facts materially indistinguishable from the facts here). Accordingly, the

Case No. C 06-07916 RS
ORDER

1  Court will not invite defendants to make a motion to dismiss. It appears, however, that the issues
2  raised in the complaint likely are amenable to resolution on summary judgment. The parties are
3  directed, therefore, to file cross-motions for summary judgment as promptly as practicable.

IT IS SO ORDERED.

Dated: July 23, 2007

```
                                            /s/ Richard Seeborg
                                            RICHARD SEEBORG
                                            United States Magistrate Judge
```

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Justin Fok     jfok@jclawoffice.com

Edward A. Olsen     edward.olsen@usdoj.gov, tiffani.chiu@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: July 23, 2007

                          /s/ BAK
                        Chambers of Magistrate Judge Richard Seeborg

3

Case No. C 06-07916 RS
ORDER